ACCEPTED
01-15-00465-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 10:29:54 AM
CHRISTOPHER PRINE
CLERK



HOUSTON I AUSTIN

ROBERT A. PLESSALA

DIRECT DIAL 713.850.4217
RPLESSALA@ANDREWSMYERS.COM

August 21, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 10:29:54 AM
CHRISTOPHER PRINE
Clerk

VIA E-FILING

Honorable Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, TX 77002

Re:    *Darrell Julian and Ted Hennis v. Cadence McShane Construction Co., LLC and Pinpoint Commercial, LP, General Partner of PPC GP, LLC*
-----------------------------------------------------------------------
Court of Appeals Number: 1-15-00465-CV
Trial Court Case Number: 2014-13825

Dear Mr. Prine:

I am in receipt of Appellants' Motion for an Extension of Time to File a Reply Brief. The Appellees are **not opposed** to the Motion. Unfortunately, our lack of opposition was not sufficiently communicated to counsel for Appellants. I apologize for any confusion.

Counsel is being copied with this letter. Thank you for your courtesies.

Very truly yours,

/s/ Robert A. Plessala

Robert A. Plessala

RAP/slg

---

**Andrews Myers** • Attorneys at Law
3900 Essex Lane, Suite 800 • Houston, Texas 77027-5198
T 713.850.4200 F 713.850.4211 • andrewsmyers.com

4816-7423-2871
3189.9

Honorable Christopher A. Prine
Clerk of the Court
August 21, 2015
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with Rule 9.5 of the TEXAS RULES OF APPELLATE PROCEDURE on this the 21st day of August, 2015.

VIA E-MAIL
Troy Tindal
troy@tindalllawfirm.com
Tindal Law Firm
17225 El Camino Real, Suite 190
Houston, TX 77058
*Attorneys for Third Party Defendants/Appellants*

/s/ Robert A. Plessala
Robert A. Plessala

4816-7423-2871, v. 1

4816-7423-2871
3189.9